IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ADRIAN ALDON KEATON, #02295075 § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22cv329 |
| § | |
| DIRECTOR, TDCJ-CID § | |

### MEMORANDUM ORDER

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett. The Magistrate Judge issued a Report and Recommendation (Dkt. #49), which contains proposed findings of fact and recommendations for the disposition of Petitioner's construed motion for default judgment (Dkt. #45). No objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Petitioner's construed motion for default judgment (Dkt. #45) is **DENIED**.

**IT IS SO ORDERED.**
**SIGNED this 8th day of January, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE