IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ADRIAN ALDON KEATON, #02295075 § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22cv329 |
| § | |
| DIRECTOR, TDCJ-CID § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation ("the Report") (Dkt. #55) concluding that the petition for writ of habeas corpus should be denied and dismissed with prejudice as time-barred. Petitioner filed objections. (Dkt. #56).

In the objections, Petitioner complains that the Magistrate Judge did not address the claims in his § 2254 petition and then continues to argue the merits of those claims. The Report did not address the merits of his claims because it recommended that the petition be denied and dismissed as time-barred. Petitioner fails to show that the Report is in error. Petitioner's objections are without merit.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the petition for a writ of habeas corpus is **DENIED** and that the case is **DISMISSED** with prejudice as time-barred. It is also **ORDERED** that a certificate of appealability is **DENIED.**

It is further **ORDERED** that all other motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 1st day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE